ORDERED UNSEALED on 06/27/2024 s/ JudePeter

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHN CLEVELAND FALLS,<br>Defendant. | Case No.: **24MJ2034**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 31, 2024, within the Southern District of California, defendant John Cleveland Falls, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded semi-automatic 9mm Heckler and Koch P30SK handgun; in violation of Title 18, United States Code, Section 922(g)(1).

Jwan Rafo, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of May 2024.

HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 31, 2024, San Diego Police Department ("SDPD") Officers were patrolling the East Village area of San Diego.

The Officers observed a vehicle, bearing CA license plates number 8XFL190 ("Vehicle"), with a black tinted plastic covering on the rear license plate in violation of California Vehicle Code § 5201(b). The Officers initiated a traffic stop utilizing their overhead lights and sirens and the vehicle yielded. The driver, John Cleveland Falls ("Falls"), was later identified by his California driver's license. Falls was accompanied by M.M. a passenger in the rear seat.

As officers were informing Falls about the reason for the stop, Officers observed, in plain view, an army green knife located by Falls' right hip, wedged between the driver seat and center console. In response, and for officer safety, Falls and the passenger were removed from the vehicle. As officers conducted a safety pat down of Falls, Falls became visibly nervous, was blading his body towards the vehicle, and taking his time to step away from the vehicle. Falls advised the officers that there were exposed pieces of marijuana on the passenger seat. The officer observed three loose coin sized buds of marijuana which were not in a container or bag in violation of California Vehicle Code § 23221.

During a search of the vehicle, Falls advised the officers that there was a firearm in the vehicle located within a bag on the passenger floorboard. The officers recovered the bag and observed a black semi-automatic Heckler and Koch P30SK handgun, bearing the serial number 214-002409. The firearm was loaded with five rounds of 9mm ammunition in the magazine, including an additional round in the chamber.

During a post-*Miranda* interview, Falls admitted ownership of the loaded firearm found in the vehicle along with the knife wedged next to the driver seat. Falls stated he was a member of the "Four Trey Crips" criminal street gang and obtained the firearm a week prior for protection from a "Blood" criminal street gang member.

//

//

Records checks on Defendant revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/12/1988 | CAC – Los Angeles | Cal. H.S. § 11350(A) – Possess Narc. Controlled Substance (Felony) | 120 days jail |
| 08/14/1989 | CAMC – Los Angeles | Cal. P.C. § 853.7 – Fail to Appear After Written Promise (Misdemeanor) | Fine |
| 07/16/1990 | CASC – Los Angeles | Cal. P.C. § 487.1 – Grant Theft: Property (Felony) | 16 months prison |
| 11/7/1991 | CASC – Los Angeles | Cal. V.C. § 10851(A) – Vehicle Theft (Felony) | 2 years prison |
| 07/01/1993 | CASC – Los Angeles | Cal. H.S. § 11352(A) – Transport/Sell Controlled Substance (Felony);<br><br>Cal. H.S. § 11364 – Possess Controlled Substance Paraphernalia (Misdemeanor) | 4 years prison;<br><br>171 days jail (concurrent) |
| 01/20/2012 | CASC – Chula Vista | Cal. H.S. § 11359 – Possess Marijuana for Sale (Felony reduced to Misdemeanor) | 3 years jail, Condition of Prob: Firearm Restriction |
| 08/13/2014 | CASC – San Diego | Cal. H.S. § 11351.5 – Possess/Purchase Cocaine Base for Sale (Felony) | 2 years jail |
| 12/03/2019 | CASC – San Diego | Cal. R.T. § 30474 – Posses for Sale Cigarettes without Stamps (Misdemeanor) | 3 years' probation |

The firearms and ammunition were seized and inspected. Preliminary checks revealed that the revealed that the firearm was not manufactured in California. Therefore,

the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.